UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61596-CIV-DIMITROULEAS/SNOW

GASTON A. ENRIQUE and all others )
similarly situated under 29 U.S.C. 216(B), )
   )
       Plaintiff, )
vs. )
   )
APHIS MILLWORK & CABINETRY, INC. )
JUAN GEYMONAT )
   )
       Defendants. )
_____ )

## NOTICE OF STRIKING DOCKET ENTRY 67

    Comes Now Plaintiff by and through undersigned counsel and hereby strikes D.E. 67 as the incorrect document was attached to said entry.

        Respectfully Submitted,

        J.H. Zidell, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        Email: Zabogado@aol.com

        By:_/s/ *J.H. Zidell* _____
           J.H. Zidell, Esq
           Florida Bar Number: 0010121

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice was sent via CM/ECF to Louis Mario Ursini , III, Esq., Adams and Reese LLP, 101 East Kennedy Blvd., Suite 4000, Tampa, FL 33602, Fax: (813) 227-5636, Email: louis.ursini@arlaw.com on this 22nd day of July, 2015.

          J.H. Zidell, Esq.
          J.H. Zidell, P.A.
          Attorney for Plaintiff
          300 71st Street, Suite 605
          Miami Beach, Florida 33141
          Tel: (305) 865-6766
          Fax: (305) 865-7167
          Email: Zabogado@aol.com


By:_/s/ *J.H. Zidell* _____
    J.H. Zidell, Esq
    Florida Bar Number: 0010121